# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| TERRENCE B. SMITH, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| v. | : | No. 5:08-CR-62 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER ON THE RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation [Doc. 284] from United States Magistrate Judge Charles H. Weigle, that recommends denying Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence, [Doc. 283] pursuant to 28 U.S.C. § 2255. No Objection to the Recommendation has been filed. Having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 284] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence [Doc. 283], is hereby **DENIED**.

**SO ORDERED,** this 20th day of April, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH